October 31, 2013



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

NEW CONCEPT TRADE INCORPORATED AKA AND DBA NEW CONCEPT TRADE, INC., NEW CONCEPT TRADE, AND SHEHZAD SADARUDDIN AKA AND BSPA SHEHZAD SADWDDIN, Appellants

NO. 14-13-00601-CV                                  V.

QUALITY KING FRAGRANCE, INC. DBA QUALITY FRAGRANCE GROUP, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 9, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, New Concept Trade Incorporated AKA and DBA New Concept Trade, Inc., New Concept Trade, and Shehzad Sadaruddin AKA and BSPA Shehzad Sadwddin, jointly and severally.

We further order this decision certified below for observance.